| | | |
|---|---|---|
| AUSA: Timothy E. Garcia | | Telephone: (313) 226-9522 |
| Task Force Officer: Jeremy McCullough | | Telephone: (313) 771-6601 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America

v.

Victoria Iveth CARDONA Villatoro

Case No.

Case: 2:26−mj−30391
Assigned To : Unassigned
Assign. Date : 6/30/2026
Description: CMP USA V. CARDONA VILLATORO (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 30, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 111(a) | Assaulting, Resisting, or Impeding a Federal Officer with Physical Contact |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeremy McCullough, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: _____ June 30, 2026 _____

_____
*Judge's signature*

City and state: Detroit, MI

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jeremy McCullough, being duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.     I am a Deportation Officer with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), having been so employed since March 2003. I was previously employed by the United States Department of Justice, Immigratio and Naturalization Service, Detention and Removal Operations. Since 2013, I have been assigned to the Federal Bureau of Investigation Violent Gang Task Force as a Task Force Officer.  I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 2510(7) and am empowered to investigate and make arrests for violations of federal criminal laws. During my career, I have been involved in numerous investigations involving federal immigration violations, production and possession of fraudulent immigration-related documents, identity theft, federal firearms, narcotics, credit card fraud investigations, homicide, and public corruption. Throughout my career as a law enforcement officer, I have participated in investigations that resulted in the execution of search and arrest warrants.

2.     This affidavit is submitted in support of a criminal complaint and application for an arrest warrant for Victoria Iveth CARDONA Villatoro for violating Title 18,

United States Code, Section 111(a)(1) by forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with a federal officer with physical contact while engaged in or on account of the performance of official duties.

3.      This affidavit is submitted for the limited purpose of establishing probable cause that CARDONA Villatoro violated 18 U.S.C. § 111(a)(1) and therefore only contains a summary of the relevant facts.  This affidavit does not set forth all information known to law enforcement regarding this case.  The statements contained in this affidavit are based on information obtained by my review of police reports, my own observations, information provided by other law enforcement officers, my experience and training, and the experience of other agents and officers.

### PROBABLE CAUSE

4.      On June 30, 2026, ICE-ERO officers in Detroit, Michigan, were conducting an operation to locate and arrest a targeted male alien for administrative immigration violations. Officers observed a car registered to the targeted alien. At approximately 8:15 a.m., officers initiated a traffic stop of the vehicle. The vehicle fled from officers and pulled into the driveway of a house on Hazlett Street in Detroit. The driver of the vehicle, a male subject matching the description of the targeted alien, exited the vehicle and attempted to enter the house.

5.      VICTIM 1, a Deportation Officer with ICE-ERO, approached the targeted alien and attempted to place handcuffs on him to effect an administrative arrest.

6.      As VICTIM 1 was effecting the administrative arrest, CARDONA Villatoro exited the vehicle and struck VICTIM 1 on the back of the head with a closed fist, preventing him from completing the process of placing handcuffs on the targeted alien, and allowing the targeted alien to flee into the residence.

7.      CARDONA Villatoro, along with one other unknown female from the vehicle, also fled into the house.

## CONCLUSION

8.      Based on the above facts, there is probable cause to believe that on June 30, 2026, in the Eastern District of Michigan, Victoria Iveth CARDONA Villatoro violated 18 U.S.C. § 111(a)(1) by forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with a federal officer with physical contact while engaged in or on account of the performance of official duties.

_____
Jeremy McCullough
Task Force Officer

Subscribed and sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. Kimberly G. Altman
United States Magistrate Judge

Date:   June 30, 2026

3