UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.                                                    Case No. 26-MJ-30391

Victoria Iveth CARDONA Villatoro,

     Defendant.

---

## MOTION AND BRIEF FOR LEAVE TO DISMISS COMPLAINT WITHOUT PREJUDICE AND REQUEST FOR RETURN AND CANCELLATION OF ARREST WARRANT

---

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for leave to dismiss, without prejudice, the Complaint against Defendant Victoria Iveth CARDONA Villatoro, and an order providing for the return and cancellation of the arrest warrant, for the following reasons:

1. On June 30, 2025, Magistrate Judge Kimberly G. Altman signed a Complaint and Arrest Warrant charging Victoria Iveth CARDONA Villatoro with assaulting, resisting, or impeding a federal officer, in violation of 18 U.S.C. § 111(a)(1). (ECF No. 1)

2. On June 30, 2025, Magistrate Judge Curtis J. Ivy signed a Search Warrant authorizing officers to enter a house where the individual responsible for committing the crime had taken shelter.

3. On June 30, 2025, officers executed the search warrant and entered the residence. Upon entering the residence, officers positively identified the perpetrator who assaulted VICTIM 1. Officers determined that the perpetrator was not the named Defendant.

4. The Defendant was initially identified based on a database search of a vehicle on the property the perpetrator entered and a Michigan Driver's license photograph of the Defendant which bears a strong resemblance to the perpetrator.

5. The arrest warrant has not been executed and, when leave to dismiss the Complaint is granted, there will be no pending criminal charge to support it.

Accordingly, the government requests leave to dismiss the Complaint without prejudice and requests an order providing for the return and cancellation of the unexecuted Arrest Warrant.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

*s/ Timothy E. Garcia*
TIMOTHY E. GARCIA
Special Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
timothy.garcia@usdoj.gov
(313) 226-9522

Dated:        June 30, 2026