UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.                                                    Case No. 26-MJ-30391

Victoria Iveth CARDONA Villatoro,

     Defendant.

---

## ORDER GRANTING LEAVE TO
## DISMISS COMPLAINT WITHOUT PREJUDICE
## AND CANCELLING ARREST WARRANT

---

The United States of America, having moved pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for leave to dismiss without prejudice the Complaint against Defendant Victoria Iveth CARDONA Villatoro, and for an order providing for the return and cancellation of the Arrest Warrant, the Court being fully advised of the premises of the motion,

IT IS HEREBY ORDERED the request for leave to dismiss the Complaint against Defendant, without prejudice is GRANTED;

IT IS FURTHER ORDERED that the Complaint is DISMISSED, without prejudice;

IT IS FURTHER ORDERED that the United States Marshals Service return the unexecuted arrest warrant to this Court;

IT IS FURTHER ORDERED that upon return of the unexecuted arrest warrant,

the arrest warrant will be and is canceled.

s/ Anthony P. Patti
Hon. Anthony P. Patti
United States Magistrate Judge